The Honorable Robert S. Lasnik

1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| 10 UNITED STATES OF AMERICA, | No. CR17-301RSL |
| 11         Plaintiff, | |
| 12 | DISCOVERY PROTECTIVE ORDER |
| 13        v. | |
| 14 JESUS ESTRADA-CONTRERAS, | |
| 15 MAURICIO ESTRADA-MUNOZ, and | |
| 16 MIGUEL ORTEGA-ESTRADA, | |
| 17         Defendants. | |

18
19      This matter, having come to the Court's attention on the United States' Renewed
20 and Revised Motion for Entry of a Discovery Protective Order, and the Court, having
21 considered the motion, and being fully advised in this matter, hereby finds,
22      FOR THE REASONS stated in the United States' Renewed Motion, there is a
23 factual basis to support the United States' concerns, and there is good cause for the
24 requested Discovery Protective Order in order to advance the goals of protecting a
25 confidential source from disclosure of personal information, protecting ongoing
26 investigations, and avoiding the potential for harassment, tampering, or retaliation.
27      The Court therefore grants the Renewed Motion and enters the following Protective
28 Order:

DISCOVERY PROTECTIVE ORDER - 1
*United States v. Jesus Estrada-Contreras, et al., CR17-301RSL*

1      1.    Protected Material

2         The United States will make available copies of Protected Materials, including those

3  filed under seal, to defense counsel to comply with the government's discovery obligations.

4  Possession of copies of the Protected Materials is limited to the defense attorneys of record,

5  and investigators, paralegals, law clerks, experts and assistants for the defense attorneys of

6  record (hereinafter collectively referred to as members of the defense team). Protected

7  Materials will be marked and labeled as "Protected Material," including:

8               a.     Audio, video, photographic, and written recordings of the confidential

9                      source ("CS") used by Homeland Security Investigations in

10                      investigating this case;

11              b.     Personal information related to the CS, including any documents

12                      provided by the government containing personal information about or

13                      related to the CS.

14         As used in this Order, the term "personal information" includes a person's full name,

15  picture or likeness, voice recording, date of birth, Social Security number (or other

16  identification information), driver's license number, address, telephone number, location

17  of residence or employment, school records, juvenile criminal records, and other

18  confidential information.

19      2.    Scope of Review of Protected Material

20         The attorneys of record and members of the defense team may display and review

21  the Protected Material with Defendants. The attorneys of record and members of the

22  defense team agree that providing copies of the Protected Material to Defendants and other

23  persons is prohibited and they will not duplicate or provide copies of Protected Material to

24  Defendants and other persons.

25         The United States Attorney's Office for the Western District of Washington is

26  similarly allowed to display and review the Protected Material with lay witnesses, but is

27  otherwise prohibited from providing copies of the Protected Material to lay witnesses, i.e.

28  non-law enforcement witnesses.

DISCOVERY PROTECTIVE ORDER - 2
*United States v. Jesus Estrada-Contreras, et al.,* CR17-301RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
(206) 553-7970

3.    Consent to Terms of Protective Order

Members of the defense team shall provide written consent and acknowledgement that they will each be bound by the terms and conditions of this Protective Order. The written consent need not be disclosed or produced to the United States unless requested by the Assistant United States Attorney and ordered by the Court.

4.    Parties' Reciprocal Discovery Obligations

Nothing in this order should be construed as imposing any discovery obligations on the government or Defendant that are different from those imposed by statute, case law, the Federal Rules of Criminal Procedure, and the Local Criminal Rules.

5.    Disputes Over Scope of Protective Order

If any party believes that material has been improperly designated as Protected, that party may seek a further order of this Court; provided, however, that the party shall not disseminate the disputed Protected Material until the Court has ruled.

6.    Filing of Protected Material

Any Protected Material that is filed with the Court in connection with pre-trial motions, trial, sentencing, or other matter before this Court, shall be filed under seal and shall remain sealed until otherwise ordered by this Court. This does not entitle either party to seal their filings as a matter of course. The parties are required to comply in all respects to the relevant local and federal rules of criminal procedure pertaining to the sealing of court documents.

7.    Nontermination

The provisions of this Order shall not terminate at the conclusion of this prosecution.

8.    Violation of Protective Order

Upon any violation of a term or condition of this Order by Defendants, their attorneys of record, any member of the defense teams, or any attorney for the United States Attorney's Office for the Western District of Washington, that person may be held in contempt of court, and/or may be subject to monetary or other sanctions as deemed appropriate by this Court.

DISCOVERY PROTECTIVE ORDER - 3
*United States v. Jesus Estrada-Contreras, et al.*, CR17-301RSL

1    If the Defendants violate any term or condition of this Order, the United States

2  reserves its right to seek a sentencing enhancement for obstruction of justice, or to file

3  any criminal charges relating to the Defendant's violation.

4    DATED this  10th  day of April 2018.

5

6

7                                    _____

8                                    The Honorable Robert S. Lasnik
                                     U.S. DISTRICT COURT JUDGE
9

10

11

12

13·

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DISCOVERY PROTECTIVE ORDER - 4
*United States v. Jesus Estrada-Contreras, et al.,* CR17-301RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
(206) 553-7970