HONORABLE ROBERT S. LASNIK

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>MAURICIO ESTRADA-MUNOZ,<br><br>　　　　　Defendant. | Cause No. CR17-301 RSL<br><br>**ORDER EXTENDING PRE-TRIAL MOTIONS DUE DATE** |

This matter having come before the Court on Motion of the Defendant above-named, and the Government having agreed thereto,

NOW THEREFORE it is ordered that the Defendant Mauricio Estrada-Munoz shall have until August 20, 2018 to file his pre-trial motions.

//

//

//

//

//

//

ORDER EXTENDING PRE-TRIAL
MOTIONS DUE DATE - 1

https://lawofficeghl-my.sharepoint.com/personal/assistant_lawofficeghl_on microsoft_com/Documents/Estrada-Munoz/Pleadings/continuance order.doc

*Gilbert H. Levy*
Attorney at Law
2003 Western Avenue, Ste 330
Seattle, Washington 98121
(206) 443-0670  Fax: (206) 448-2252

DATED THIS 10ᵗʰ day of August, 2018

                                                        /s/ R.S. Lasnik
                                                        U.S. DISTRICT COURT JUDGE

Presented by:

/s/Gilbert H. Levy
Gilbert H. Levy, WSBA #4805
Attorney for Defendant

ORDER EXTENDING PRE-TRIAL
MOTIONS DUE DATE - 2

https://lawofficeghl-my.sharepoint.com/personal/assistant_lawofficeghl_on microsoft_com/Documents/Estrada-Munoz/Pleadings/continuance order.doc

**Gilbert H. Levy**
Attorney at Law
2003 Western Avenue, Ste 330
Seattle, Washington 98121
(206) 443-0670 Fax: (206) 448-2252