Judge Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR17-301-RSL |
| Plaintiff, | |
| v. | [~~PROPOSED~~] |
| | **FINAL ORDER OF FORFEITURE** |
| JESUS ESTRADA CONTRERAS, MAURICIO ESTRADA MUNOZ, and MIGUEL ORTEGA-ESTRADA, | |
| Defendants. | |

THIS MATTER comes before the Court on the United States' Motion for Entry of a Final Order of Forfeiture for the following property:

- $21,459.00 in U.S. currency, seized on or about August 13, 2017 in Everett, Washington.

The Court, having reviewed the record in this case, FINDS:

The Court entered Preliminary Orders of Forfeiture finding the above-identified property forfeitable pursuant to 21 U.S.C. § 853, and forfeiting the Defendants' interests in it. Dkt. Nos. 110, 111, and 112;

1 | Thereafter, the United States published notice of the pending forfeitures as required by 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6)(C), Dkt. No. 124, and the United States sent direct notices of the pending forfeitures to a potential claimant and to a residence where potential claimants might reside pursuant to Fed. R. Crim. P. 32.2(b)(6)(A);

The time for filing any further third-party petitions has expired, and none were filed.

THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the above-identified property exists in any party other than the United States;

2. The property is fully and finally condemned and forfeited, in its entirety, to the United States; and,

3. The United States Department of Homeland Security, and/or its representatives, are authorized to dispose of the property as permitted by governing law.

IT IS SO ORDERED.

DATED this 23rd day of May, 2019.

/s/ Robert S. Lasnik
THE HON. ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Matthew H. Thomas*
MATTHEW H. THOMAS
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, WA 98402-4383
Telephone:   (253) 428-3800
Fax:             (253) 428-3826
E-mail: Matthew.H.Thomas@usdoj.gov

Final Order of Forfeiture, CR17-301-RLS - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402-4383
(253) 428-3800